396 A.2d 23

Commonwealth v. Eckman, Appellant.

█ Submitted March 20, 1978. William C. Haynes, Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.